**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Kiara Finley, <br><br> Plaintiff, <br> v. <br><br> Atlantic Credit and Finance, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 1:15-cv-13593 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 26, 2016

    Respectfully submitted,

    PLAINTIFF, Kiara Finley

    */s/ Sergei Lemberg*

    Sergei Lemberg, Esq.
    B.B.O. No.: 650671
    **LEMBERG LAW, L.L.C.**
    43 Danbury Road, 3rd Floor
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 26, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                                 By */s/ Sergei Lemberg*
                                                                       Sergei Lemberg, Esq.