UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIARA FINLEY,<br><br>        Plaintiff,<br><br>v.<br><br>ATLANTIC CREDIT AND FINANCE, INC.; and DOES 1-10, inclusive,<br><br>        Defendants. | CIVIL ACTION NO. 1:15-cv-13593 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of all claims with prejudice, without costs, and with all rights of appeal waived.

| | |
|---|---|
| KIARA FINLEY,<br><br>By her Attorneys,<br><br>/s/ Sergei Lemberg<br>Sergei Lemberg, Esq.<br>BBO # 650671<br>LEMBERG LAW, L.L.C.<br>1100 Summer Street, 3rd Floor<br>Stamford, Connecticut 06905<br>Telephone: (203) 653-2250 | ATLANTIC CREDIT AND<br>FINANCE, INC.<br>By its Attorneys,<br><br>/s/ John J. O'Connor<br>John J. O'Connor<br>BBO #555251<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA  02210-2261<br>Tel. (617) 951-2100<br>Fax. (617) 951-2125<br>joconnor@peabodyarnold.com |

Date: February 17, 2016

## **CERTIFICATE OF SERVICE**

      I, John J. O'Connor, hereby certify that on this 17th day of February, 2016, I served the attached by causing a copy thereof to be served via ECF on the following:

Sergei Lemberg, Esq.  
Lemberg & Associates L.L.C.  
1100 Summer Street, 3rd Floor  
Stamford, CT  06905

                                        /s/ John J. O'Connor  
                                        John J. O'Connor